JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LYNN O'HINES, | ) | NO. CV 08-8149-CAS (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES CITY, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: December 16, 2008.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE